UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUNAKO MAGEE,

    Petitioner,　　　　　　　　　　No. C 08-5613 PJH (PR)

  v.　　　　　　　　　　　　　　　　　　**ORDER OF TRANSFER**

JAMES WALKER, Warden,

    Respondent.
_____ /

    This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in Solano County. Solano County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at California State Prison-Sacramento, which also is in the Eastern District.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither, and the Eastern District is both. This case therefore is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

    **IT IS SO ORDERED.**

Dated: January 5, 2009.

                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge

G:\PRO-SE\PJH\HC.08\MAGEE5613.TRN.wpd