IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUNAKO MAGEE,

                Petitioner,

v.

JAMES WALKER, Warden,

                Respondent.

CIV S-09-0047 GGH P

**ORDER**

      GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 12, 2009, to file his answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED: March 12, 2009.

                /s/ Gregory G. Hollows
                _____
                GREGORY G. HOLLOWS
                United States Magistrate Judge

                mage0047.eot

*Magee v. Walker* - Order - C 08-1956 SBA

1