IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUNAKO MAGEE,<br><br>                    Petitioner,<br><br>  v.<br><br>JAMES WALKER, Warden,<br><br>                    Respondent. | CIV S-09-0047 GGH P<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 10, 2009, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED: May 11, 2009.

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

mage0047.eot2

*Magee v. Walker* - Order - C 08-1956 SBA

1